1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KAREN M. TAYLOR,           )
                           )
         Plaintiff,        )      2:11-cv-1289-RCJ-RJJ
                           )
vs.                        )
                           )
TOM CRUISE, KATIE HOLMES,  )      REPORT & RECOMMENDATION
DATE MIDDLETON, PRINCE     )         OF UNITED STATES
WILLIAM, METRO/CPS,        )        MAGISTRATE JUDGE
                           )
         Defendant,        )
                           )

16   Upon review of this matter the Court makes the following findings:

17   1.  On August 10, 2011, Plaintiff Karen M. Taylor, filed an Application to Proceed in
18       District Court Without Prepaying Fees or Costs (#1) with a proposed complaint
19       attached thereto.
20   2.  On September 22, 2011, the Court entered an Order (#3) scheduling a hearing for
21       October 3, 2011, on the IFP Application (#1).
22   3.  The Court's Order (#3) was served on the Plaintiff, Karen M. Taylor via United
23       States Postal Service Certified Mail to the address provided by the Plaintiff. *See*,
24       Certified Mail Receipt (#4).
25   4.  On September 28, 2011, said Certified Mail was returned to the Court by the
26       United States Postal Service marked "Return to Sender Insufficient Address
27       Unable to Forward".
28   . . . .

5. Plaintiff, Karen M. Taylor did not appear at the hearing scheduled for October 3, 2011. Further, she did not contact the court to request rescheduling of the hearing or to provide the court with a reason for her non-appearance.

6. Plaintiff Karen M. Taylor has failed to comply with the rules of this Court in that she has failed to keep the Court apprised of her current address or any changes to said address.

Good cause appearing therefore,

## **RECOMMENDATION**

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be **DISMISSED WITH PREJUDICE** for the reasons stated above.

DATED this  29th  day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge