UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| KAREN M. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:11-CV-1289-RCJ-NJK |
| v. | ) | |
| | ) | |
| TOM CRUISE, KATIE HOLMES, *et al.,* | ) | O R D E R |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #6) entered on December 29, 2011, in which the Magistrate Judge recommends that the Court enter an order dismissing this case with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #6).

IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 25TH day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE